NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MONTERIUS DESEAN SHARP,          )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-1893
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)

Opinion filed September 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, KELLY, and LaROSE, JJ., Concur.